ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Exelis Federal Services GmbH ) ASBCA No. 59588
)
Under Contract Nos. W912CM-11-D-0010 )
F61521-01-C-3000 )

APPEARANCES FOR THE APPELLANT: Steven M. Masiello, Esq.
Joseph G. Martinez, Esq.
Dentons US LLP
Denver, CO

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
CPT Harry M. Parent III, JA
Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 7 January 2016

CHERYL L. SCOTT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59588, Appeal of Exelis Federal Services GmbH, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals